

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Darrius Banks v. Ramin Equities, LLC

Appellate case number:   01-18-00401-CV

Trial court case number:  1107428

Trial court:                County Civil Court at Law No. 4 of Harris County

Appellant, Darrius Banks, filed a statement of inability to afford payment of appellate court costs in the trial court. The appellate record does not indicate that the trial court overruled appellant's claim of indigence. *See* TEX. R. APP. 20.1(b)(1). Appellant's notice of appeal asserts that he is presumed indigent. *See* TEX. R. APP. 20.1(b)(2). Accordingly, appellant may proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The court reporter is **ORDERED** to file the reporter's record, without cost to appellant, within 10 days of this order.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                    Acting individually


Date: July 26, 2018